**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WARREN MARTINEZ, et al.

      Plaintiffs,

vs.                                        Case No. 3:02-cv-1100-J-32TEM

ALTEC INDUSTRIES, INC., et al.

      Defendants.

---

**ORDER**

This case is before the Court on defendant Altec Industries, Inc.'s Motion to Strike the Testimony of Expert Witness John Frost for Fraud (Doc. 334). Plaintiffs and John Frost filed responses. (Docs. 335 & 350). Since Altec does not seek to set aside the settlement, Altec's motion, which seeks a panoply of sanctions against expert witness John Frost, appears **moot.** Even if the Court decided Altec's motion on the merits, it would nevertheless deny the motion and the relief sought therein in its entirety because Altec has failed to show that Mr. Frost committed perjury or otherwise willfully violated prior orders of this Court. Accordingly, it is hereby **ORDERED:**

1.      Defendant Altec's Motion to Strike the Testimony of Expert Witness John Frost for Fraud (Doc. 334) is **DENIED**. Each party will bear its own attorneys' fees and costs associated with the litigation of this motion.

2. John Frost's Unopposed Motion to Correct Typographical Errors in "Response of John Frost" (Doc. 349) is **GRANTED.**

3. Defendant Altec's Motion for Leave to File Reply to Plaintiff's Response to Defendant Altec's Motion to Strike the Testimony of Expert Witness John Frost and Response of John Frost (Doc. 351) is **GRANTED**. In ruling on Altec's motion (Doc. 334), the Court considered the arguments raised in Altec's reply and those raised in John Frost's Objection to Defendant's Motion for Leave to File Reply (Doc. 354).

4. The parties are further ordered to file appropriate settlement papers to close this case out by no later than **January 23, 2006.**

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of January, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

t.

Copies to counsel of record